IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

Service Employees of Upstate New York Pension Fund,

*by George Kennedy and Susan Nicholson, as Trustees* ,
                                        Plaintiff,

                                                      Civil Action No.

            vs.                                       5:11-CV-207 (NAM/GHL)

Blossom North Nursing and Rehabilitation Center,
                                        Defendant.
_____

APPEARANCES:                              OF COUNSEL:

Blitman, King Law Firm - Syracuse Office      Monica Robinson Heath, Esq
Franklin Center
443 North Franklin Street
Suite 300
Syracuse, NY 13204-1415
*Attorneys for Plaintiff*

Jackson, Lewis LLP - Albany Office             Franklin H. Goldberger, Esq.
18 Corporate Woods Boulevard
Albany, NY 12211
*Attorney for Defendant*

**Norman A. Mordue, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

        The Court has been advised by counsel that this action has been settled, or is in the

process of being settled. (Dkt. No. 8)  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

        ORDERED, as follows:

        1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order

upon a showing that the settlement was not consummated;

        2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-

first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED.

Dated: May 26, 2011
          Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

2